In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00179-CR


______________________________




RUBEN JAMES CARTER, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 182nd Judicial District Court


Harris County, Texas


Trial Court No. 903441




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Ruben Carter appeals his conviction for possession of a controlled substance, namely
codeine. Carter was tried before a jury and the judge sentenced him to twenty years' imprisonment. 
 This is a companion to another appeal also decided this day, in appeal number
06-02-00178-CR. Both convictions occurred in the same proceeding and were based on the same
incident. The briefs and arguments raised therein are identical in both cases. Accordingly, for the
reasons stated in our opinion in 06-02-00178-CR, we likewise affirm the judgment in this case.

 The judgment of the trial court is affirmed.



 Jack Carter

 Justice


Date Submitted: May 14, 2003 

Date Decided: September 29, 2003


Do Not Publish



style="text-align: justify; line-height: 0.416667in">          Appellant Titus Regional Medical Center and Appellee Nellie Bell, acting as
representative of the estate of George Traylor, have presented this Court with a joint
motion to dismiss the pending appeal in this matter. The trial court denied Titus' plea to
the jurisdiction, and Titus perfected the instant interlocutory appeal. The parties now
represent to this Court they have reached a "full and final settlement." In such a case, no
real controversy exists, and in the absence of a controversy, the appeal is moot. 
          We remand this cause to the trial court for entry of orders to effectuate the
settlement agreement among the parties. We dismiss the instant appeal. 
 

                                                                           Donald R. Ross
                                                                           Justice

Date Submitted:      January 3, 2006
Date Decided:         January 4, 2006